| | | | |
|---|---|---|---|
| Com. v. Andrus | 1550 MDA 2015<br>Affirmed | 01/09/2017 | CP–18–CR–0000291–2014<br>CP–18–CR–0000293–2014<br>CP–18–CR–0000295–2014<br>(Clinton) |
| Com. v. Groulx | 310 MDA 2016<br>Affirmed | 01/09/2017 | CP–66–CR–0000195–2012<br>(Wyoming) |
| R.L.M. v. E.M. [9] | 357 MDA 2016<br>Appeal dismissed | 01/09/2017 | 13–0031<br>(Centre) |
| Com. v. Dulio | 743 MDA 2016<br>Affirmed<br>Application to Withdraw as Counsel Granted | 01/09/2017 | CP–36–CR–0001122–2012<br>(Lancaster) |
| Com. v. A.S. | 1366 WDA 2015<br>Vacated and Remanded | 01/09/2017 | CP–02–CR–0010399–2014<br>CP–02–CR–0010402–2014<br>(Allegheny) |
| In re Estate of Carratura v. Myers | 294 WDA 2016<br>Vacated and Remanded | 01/09/2017 | OC No. 02–10–02113<br>(Allegheny) |
| Com. v. West | 430 WDA 2016<br>Affirmed | 01/09/2017 | CP–02–CR–0000527–2001<br>CP–02–CR–0000528–2001<br>CP–02–CR–0000529–2001<br>CP–02–CR–0000531–2001<br>CP–02–CR–0005223–2001<br>(Allegheny) |
| Com. v. Franceschi | 1936 EDA 2014<br>Vacated and Remanded | 01/10/2017 | CP–51–CR–0003127–2013<br>(Philadelphia) |
| Com. v. Colon | 1701 EDA 2015<br>Affirmed | 01/10/2017 | CP–51–CR–0015317–2013<br>(Philadelphia) |
| Com. v. Hollingsworth | 2049 EDA 2015<br>Affirmed | 01/10/2017 | CP–51–CR–0011209–2014<br>(Philadelphia) |
| Com. v. Wolf | 2413 EDA 2015<br>Appeal dismissed | 01/10/2017 | CP–51–CR–0008719–2013<br>CP–51–CR–0008816–2013<br>CP–51–CR–0013764–2014<br>(Philadelphia) |

9. Petition for reargument denied February 6, 2017.